EAGAN AVENATTI, LLP
Michael Q. Eagan, Bar No. 63479
mqe@eoalaw.com
Michael J. Avenatti, Bar No. 206929
mavenatti@eoalaw.com
450 Newport Center Drive, Second Floor
Newport Beach, CA 92660
Tel:   (949) 706-7000
Fax:   (949) 706-7050

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| SCOTT A. BLUM, individually and as Trustee of the Scott A. Blum Separate Property Trust, the Will Scott Blum Trust, the Emma Rose Blum Trust, and the Scott Blum GRAT,<br><br>　　　　　Plaintiffs,<br><br>　　　vs.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INC., a Delaware corporation, aka Merrill Lynch & Co., Inc; THOMAS MAZZUCCO; and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants. | Case No.  SACV03-1434-JVS (MLGx)<br><br>**NOTICE OF APPEARANCE** |

# NOTICE OF APPEARANCE

The undersigned hereby enters his appearance on behalf of Plaintiff Scott A. Blum in this action.  Counsel may be reached as follows:

Michael J. Avenatti
EAGAN AVENATTI, LLP
450 Newport Center Drive, Second Floor
Newport Beach, CA 92660
Tel:   (949) 706-7000
Fax:   (949) 706-7050
mavenatti@eoalaw.com


Dated:  March 7, 2011				EAGAN AVENATTI, LLP



						By:	    /s/ Michael J. Avenatti
							Michael J. Avenatti
							Attorneys for Plaintiff