EAGAN AVENATTI, LLP
Michael Q. Eagan, Bar No. 63479
mqe@eoalaw.com
Michael J. Avenatti, Bar No. 206929
mavenatti@eoalaw.com
450 Newport Center Drive, Second Floor
Newport Beach, CA 92660
Tel:   (949) 706-7000
Fax:  (949) 706-7050

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| SCOTT A. BLUM, individually and as Trustee of the Scott A. Blum Separate Property Trust, the Will Scott Blum Trust, the Emma Rose Blum Trust, and the Scott Blum GRAT,<br><br>    Plaintiffs,<br><br>vs.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INC., a Delaware corporation, aka Merrill Lynch & Co, Inc.; THOMAS MAZZUCCO; and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No.  SACV03-1434-JVS (MLGx)<br><br>**PLAINTIFF SCOTT A BLUM'S *EX PARTE* MOTION TO REOPEN FOR THE PURPOSE OF CONSIDERING PLAINTIFF'S NOTICE OF EMERGENCY *EX PARTE* MOTION AND MOTION TO ENFORCE THE TERMS OF THE PROTECTIVE ORDER AND SETTLEMENT AGREEMENT IN THIS ACTION REGARDING THE PROTECTION AND DISPOSITION OF CONFIDENTIAL INFORMATION** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Scott A. Blum ("Plaintiff" or "Blum") will and hereby does move the Court *ex parte* to reopen this action for the limited purpose of considering and ruling on Plaintiff's Emergency *Ex Parte* Motion to Enforce the Terms of the Protective Order and Settlement Agreement in this Action that is being filed simultaneously herewith. As explained in more detail in the Emergency Motion to Enforce, that motion has been made based on the imminent danger of the disclosure of information designated "Confidential" pursuant to the terms of the Protective Order and Settlement Agreement. Such information is required to be kept confidential and was supposed to be destroyed at the conclusion of this action.

Reopening this action to consider the merits of the Emergency Motion to Enforce is appropriate because, pursuant to the terms of both the Protective Order and Settlement Agreement in this action, the Protective Order and terms of the settlement survive the termination of this action and remain binding on the parties to this action. Specifically, the Protective Order provides that it will "will survive the termination of this action ***and the Court will retain jurisdiction with respect to this Order***." [See Declaration of Michael J. Avenatti, Exhibit A at ¶ 9 (emphasis added)] Furthermore, the Settlement Agreement provides that the terms of the Protective Order survive termination of the action and that the parties continued to be bound by it. [Avenatti Decl. ¶ 5] Accordingly, this Court retained jurisdiction of the dispute raised herein and may adjudicate this matter. See St. John's Organic Farm v. Gem County Mosquito Abatement Dist., 574 F.3d 1054, 1059 (9th Cir. 2009) ("Binding settlement agreements over which the district court retains jurisdiction to enforce are judicially enforceable.").

Thus, it is respectfully requested that the Court reopen this action for the limited purpose of considering and ruling on Plaintiff's Emergency *Ex Parte* Motion to Enforce the Terms of the Protective Order and Settlement Agreement in this Action that is being filed simultaneously herewith.

Counsel is advised that opposition to this *ex parte* notice and motion must be filed not later than 24 hours after receipt of personal service of this *ex parte* notice and motion.

Pursuant to Local Rule 7.19, opposing counsel in this matter are:

Marc T.G. Dworsky
MUNGER TOLLES & OLSON
355 S. Grand Avenue, 35th Floor
Los Angeles, CA 90071
(213) 683-9100
marc.dworsky@mto.com

Richard Marmaro
SKADDEN ARPS SLATE MEAGHER and FLOM LLP
300 S. Grand Avenue, Suite 3400
Los Angeles, CA 90071
(213) 687-5000
rmarmaro@skadden.com

Dated:  March 7, 2011           EAGAN AVENATTI, LLP


                                By:      /s/ Michael J. Avenatti
                                     Michael J. Avenatti
                                     Attorneys for Plaintiff