EAGAN AVENATTI, LLP
Michael Q. Eagan, Bar No. 63479
mqe@eoalaw.com
Michael J. Avenatti, Bar No. 206929
mavenatti@eoalaw.com
450 Newport Center Drive, Second Floor
Newport Beach, CA 92660
Tel:   (949) 706-7000
Fax:  (949) 706-7050

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| SCOTT A. BLUM, individually and as Trustee of the Scott A. Blum Separate Property Trust, the Will Scott Blum Trust, the Emma Rose Blum Trust, and the Scott Blum GRAT,<br><br>Plaintiffs,<br><br>vs.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INC., a Delaware corporation, aka Merrill Lynch & Co., Inc.; THOMAS MAZZUCCO; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.  SACV03-1434-JVS (MLGx)<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; and my business is Nationwide Legal, 820 N. Parton Street, Suite 203, Santa Ana, CA 92701.

On March 7, 2011, I served the foregoing document(s) described as:

1. NOTICE OF APPEARANCE
2. PLAINTIFF SCOTT A BLUM'S *EX PARTE* MOTION TO REOPEN FOR THE PURPOSE OF CONSIDERING PLAINTIFF'S NOTICE OF EMERGENCY *EX PARTE* MOTION AND MOTION TO ENFORCE THE TERMS OF THE PROTECTIVE ORDER AND SETTLEMENT AGREEMENT IN THIS ACTION REGARDING THE PROTECTION AND DISPOSITION OF CONFIDENTIAL INFORMATION
3. PLAINTIFF SCOTT A BLUM'S NOTICE OF EMERGENCY *EX PARTE* MOTION AND MOTION TO ENFORCE THE TERMS OF THE PROTECTIVE ORDER AND SETTLEMENT AGREEMENT IN THIS ACTION REGARDING THE PROTECTION AND DISPOSITION OF CONFIDENTIAL INFORMATION
4. DECLARATION OF MICHAEL J. AVENATTI IN SUPPORT OF PLAINTIFF SCOTT A BLUM'S NOTICE OF EMERGENCY *EX PARTE* MOTION AND MOTION TO ENFORCE THE TERMS OF THE PROTECTIVE ORDER AND SETTLEMENT AGREEMENT IN THIS ACTION REGARDING THE PROTECTION AND DISPOSITION OF CONFIDENTIAL INFORMATION
5. DECLARATION OF JUDY K. REGNIER IN SUPPORT OF PLAINTIFF SCOTT A BLUM'S NOTICE OF EMERGENCY *EX PARTE* MOTION AND MOTION TO ENFORCE THE TERMS OF THE PROTECTIVE ORDER AND SETTLEMENT AGREEMENT IN THIS ACTION REGARDING THE PROTECTION AND DISPOSITION OF CONFIDENTIAL INFORMATION
6. PROPOSED] ORDER RE: PLAINTIFF SCOTT A BLUM'S *EX PARTE* MOTION TO REOPEN FOR THE PURPOSE OF CONSIDERING PLAINTIFF'S NOTICE OF EMERGENCY *EX PARTE* MOTION AND MOTION TO ENFORCE THE TERMS OF THE PROTECTIVE ORDER AND SETTLEMENT AGREEMENT IN THIS ACTION REGARDING THE PROTECTION AND DISPOSITION OF CONFIDENTIAL INFORMATION
7. [PROPOSED] ORDER RE: PLAINTIFF SCOTT A BLUM'S NOTICE OF EMERGENCY *EX PARTE* MOTION AND MOTION TO ENFORCE THE TERMS OF THE PROTECTIVE ORDER AND SETTLEMENT AGREEMENT IN THIS ACTION REGARDING THE PROTECTION AND DISPOSITION OF CONFIDENTIAL INFORMATION

on the interested parties in this action by hand delivering a true and correct copy thereof, enclosed in a sealed envelope, addressed as follows:

Richard Marmaro, Esq.
Skadden Arps
300 S. Grand Avenue
Los Angeles, CA 90071

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on March 7, 2011 at Newport Beach, California.

[Signature]

Print Name

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; and my business is Nationwide Legal, 820 N. Parton Street, Suite 203, Santa Ana, CA 92701.

On March 7, 2011, I served the foregoing document(s) described as:

1. NOTICE OF APPEARANCE
2. PLAINTIFF SCOTT A BLUM'S *EX PARTE* MOTION TO REOPEN FOR THE PURPOSE OF CONSIDERING PLAINTIFF'S NOTICE OF EMERGENCY *EX PARTE* MOTION AND MOTION TO ENFORCE THE TERMS OF THE PROTECTIVE ORDER AND SETTLEMENT AGREEMENT IN THIS ACTION REGARDING THE PROTECTION AND DISPOSITION OF CONFIDENTIAL INFORMATION
3. PLAINTIFF SCOTT A BLUM'S NOTICE OF EMERGENCY *EX PARTE* MOTION AND MOTION TO ENFORCE THE TERMS OF THE PROTECTIVE ORDER AND SETTLEMENT AGREEMENT IN THIS ACTION REGARDING THE PROTECTION AND DISPOSITION OF CONFIDENTIAL INFORMATION
4. DECLARATION OF MICHAEL J. AVENATTI IN SUPPORT OF PLAINTIFF SCOTT A BLUM'S NOTICE OF EMERGENCY *EX PARTE* MOTION AND MOTION TO ENFORCE THE TERMS OF THE PROTECTIVE ORDER AND SETTLEMENT AGREEMENT IN THIS ACTION REGARDING THE PROTECTION AND DISPOSITION OF CONFIDENTIAL INFORMATION
5. DECLARATION OF JUDY K. REGNIER IN SUPPORT OF PLAINTIFF SCOTT A BLUM'S NOTICE OF EMERGENCY *EX PARTE* MOTION AND MOTION TO ENFORCE THE TERMS OF THE PROTECTIVE ORDER AND SETTLEMENT AGREEMENT IN THIS ACTION REGARDING THE PROTECTION AND DISPOSITION OF CONFIDENTIAL INFORMATION
6. PROPOSED] ORDER RE: PLAINTIFF SCOTT A BLUM'S *EX PARTE* MOTION TO REOPEN FOR THE PURPOSE OF CONSIDERING PLAINTIFF'S NOTICE OF EMERGENCY *EX PARTE* MOTION AND MOTION TO ENFORCE THE TERMS OF THE PROTECTIVE ORDER AND SETTLEMENT AGREEMENT IN THIS ACTION REGARDING THE PROTECTION AND DISPOSITION OF CONFIDENTIAL INFORMATION
7. [PROPOSED] ORDER RE: PLAINTIFF SCOTT A BLUM'S NOTICE OF EMERGENCY *EX PARTE* MOTION AND MOTION TO ENFORCE THE TERMS OF THE PROTECTIVE ORDER AND SETTLEMENT AGREEMENT IN THIS ACTION REGARDING THE PROTECTION AND DISPOSITION OF CONFIDENTIAL INFORMATION

on the interested parties in this action by hand delivering a true and correct copy thereof, enclosed in a sealed envelope, addressed as follows:

Marc Dworsky, Esq.
Munger Tolles & Olson
355 S. Grand Avenue 35th Floor
Los Angeles, CA 90071

34499_1.DOC:3-7-11

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on March 7, 2011 at Newport Beach, California.

_____
[Signature]

_____
Print Name