1  EAGAN AVENATTI, LLP
   Michael Q. Eagan, Bar No. 63479
2  mqe@eoalaw.com
   Michael J. Avenatti, Bar No. 206929
3  mavenatti@eoalaw.com
   450 Newport Center Drive, Second Floor
4  Newport Beach, CA 92660
   Tel:   (949) 706-7000
5  Fax:   (949) 706-7050

6  Attorneys for Plaintiff

7

8              UNITED STATES DISTRICT COURT

9     CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

10

11  SCOTT A. BLUM, individually and as        Case No.  SACV03-1434-JVS (MLGx)
    Trustee of the Scott A. Blum Separate
12  Property Trust, the Will Scott Blum Trust,
    the Emma Rose Blum Trust, and the Scott   **DECLARATION OF MICHAEL J.**
13  Blum GRAT,                                 **AVENATTI IN SUPPORT OF**
                                               **PLAINTIFF SCOTT A BLUM'S**
14                                             **NOTICE OF MOTION AND MOTION**
              Plaintiffs,                      **TO RECONSIDER THE COURT'S**
15                                             **RULING ON PLAINTIFF'S MOTION**
                                               **TO ENFORCE THE TERMS OF THE**
16        vs.                                  **SETTLEMENT AGREEMENT IN**
                                               **THIS ACTION REGARDING THE**
17  MERRILL LYNCH, PIERCE, FENNER &           **PROTECTION AND DISPOSITION**
    SMITH INC., a Delaware corporation, aka    **OF CONFIDENTIAL INFORMATION**
18  Merrill Lynch & Co., Inc.; THOMAS
    MAZZUCCO; and DOES 1 through 25,           Hearing Date:      April
19  inclusive,                                 Hearing Time:      1:30 p.m.
                                               Dept.:             10C
20            Defendants.

21

22

23

24

25

26

27

28

I, Michael J. Avenatti, declare and state as follows:

1.     I am an attorney admitted to practice before all courts of the State of California and am a partner with the firm of Eagan Avenatti, LLP, counsel for Plaintiff in this action.  I have personal knowledge of the facts set forth below and if called as a witness could and would testify competently thereto.

2.     Counsel for Plaintiff did not receive service of KPMG's *Ex Parte* Motion until roughly 4:00 pm on March 8, 2011.

3.     Plaintiff's counsel received electronic notice of Your Honor's Order at 11:00 am on March 9, 2011.  At that time, Plaintiff's counsel was in the process of finalizing a brief in response to KPMG's *Ex Parte* Motion to Intervene and Opposition.

4.     Pursuant to the terms of the Settlement Agreement, the parties expressly acknowledged, covenanted and agreed that the provisions regarding the treatment of confidential information were and are a material inducement for the parties' entry into the Agreement, and that breach of such provisions by any party may cause substantial compensable damages for which the breaching party shall bear full responsibility.  The parties expressly agreed that it was the intent of the provision to be as muscular and robust as possible and that breach shall presumptively be deemed to have been material and caused harm to the non-breaching party.

5.     On March 9, 2011, counsel for Plaintiff met and conferred with counsel for non-party KPMG and Thomas Mazzucco at the law firm of Skadden, Arps, Slate, Meagher, & Flom LLP, via telephone.  Additionally, counsel for Plaintiff contacted counsel for Merrill Lynch in this action at the law firm Munger Tolles.  Counsel for Plaintiff explained the basis for this motion and the relief requested.  Counsel for

1

**DECLARATION OF MICHAEL J. AVENATTI**

1  KPMG informed counsel for Plaintiff that KPMG intended to oppose the motion.

2  Accordingly, Plaintiff filed this motion.

3

4         I declare under penalty of perjury under the laws of the United States of America

5  that the foregoing is true and correct and that this declaration was executed on March

6  9th, 2011 at Newport Beach, California.

7

8

9                                    /s/ Michael J. Avenatti
                                     Michael J. Avenatti

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF MICHAEL J. AVENATTI**