1  EAGAN AVENATTI, LLP
   Michael Q. Eagan, Bar No. 63479
2  mqe@eoalaw.com
   Michael J. Avenatti, Bar No. 206929
3  mavenatti@eoalaw.com
   450 Newport Center Drive, Second Floor
4  Newport Beach, CA 92660
   Tel:   (949) 706-7000
5  Fax:   (949) 706-7050

6  Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| SCOTT A. BLUM, individually and as Trustee of the Scott A. Blum Separate Property Trust, the Will Scott Blum Trust, the Emma Rose Blum Trust, and the Scott Blum GRAT,<br><br>Plaintiffs,<br><br>vs.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INC., a Delaware corporation, aka Merrill Lynch & Co., Inc.; THOMAS MAZZUCCO; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. SACV03-1434-JVS (MLGx)<br><br>**[PROPOSED] ORDER RE: PLAINTIFF SCOTT A BLUM'S NOTICE OF MOTION AND MOTION FOR RECONSIDERATION OF THE COURT'S RULING ON PLAINTIFF'S MOTION TO ENFORCE THE TERMS OF THE SETTLEMENT AGREEMENT IN THIS ACTION REGARDING THE PROTECTION AND DISPOSITION OF CONFIDENTIAL INFORMATION**<br><br>Hearing Date:  April 11, 2011<br>Hearing Time:  1:30 p.m.<br>Dept.:          10C |

# [PROPOSED] ORDER

Plaintiff Scott A. Blum's ("Plaintiff" or "Blum") Motion for Reconsideration of the Court's ruling on Plaintiff's Motion to Enforce the Terms of the Settlement Agreement came before this Court. Having considered the papers of the parties, the record and files in this action, and the arguments of counsel, and for good cause appearing, IT IS HEREBY ORDERED:

    1) That Plaintiff's motion for reconsideration is GRANTED.

    2) That Richard Marmaro, counsel of record for Defendant Thomas Mazzucco, return to the Merrill Corporation any and all copies any deposition transcripts and/or videos from this action that he or his current firm of Skadden, Arps, Slate, Meagher & Flom LLP have obtained in violation of the confidential Settlement Agreement in this action; and

    2) That the Merrill Corporation destroy any and all deposition transcripts, documents and/or videos from this action pursuant to the terms of the confidential Settlement Agreement.

IT IS SO ORDERED.

Dated: _____.     By:_____
                                                                      Hon. James V. Selna